UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **RUMBLE INC., et al.,** § | | |
| § | | |
| Plaintiffs, § | | |
| § | Civil Action No. 7:24-cv-00115-O | |
| v. § | | |
| § | | |
| **WORLD FEDERATION OF ADVERTISERS, et al.,** § | | |
| § | | |
| Defendants. § | | |

### ORDER

Before the Court is Plaintiffs' Motion to Proceed without Local Counsel. (ECF No. 3). The Motion is **GRANTED.** Plaintiffs' counsel may appear and proceed without local counsel.

**SO ORDERED** on this 23rd day of August, 2024.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE