IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| RUMBLE, INC.; <br> RUMBLE USA INC.; and <br> RUMBLE CANADA INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> WORLD FEDERATION OF <br> ADVERTISERS; DIAGEO PLC; <br> WPP PLC; and GROUPM <br> WORLDWIDE, INC., <br><br> *Defendants*. | Civil Action No. 7:24-cv-00115-K |

## DEFENDANTS WPP PLC AND GROUPM WORLDWIDE, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of Federal Rules of Civil Procedure, Defendants WPP PLC states that it is a public limited liability company organized and existing under the law of the Bailiwick of Jersey. Blackrock, Inc. owns 10% or more of WPP PLC. GroupM Worldwide, Inc., is an indirectly but wholly owned subsidiary of WPP PLC.[1]

Dated: November 27, 2024                    Respectfully submitted.

/s/ *Andrew B. Ryan*
Andrew B. Ryan
Texas Bar No. 24054464
RYAN LAW PARTNERS LLP
3811 Turtle Creek Blvd.

---

[1] In filing this statement, WPP PLC and GroupM Worldwide, Inc. do not waive their defenses, including jurisdictional defenses.

Suite 1450
Dallas, TX 75219
(214) 347-7360
andy@ryanlawpartners.com

Steven P. Lehotsky*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com

Andrew B. Davis*
Todd Disher
Texas Bar No. 24082898
LEHOTSKY KELLER COHN LLP
408 W. 11st Street, 5th Floor
Austin, TX 78701
(512) 693-8350
andrew@lkcfirm.com

Drew F. Waldbeser*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305

* *Pro hac vice* motion forthcoming

*Attorneys for Defendant WPP PLC and GroupM Worldwide, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 27, 2024, the foregoing document was filed using the Court's CM/ECF system, which constitutes service to all attorneys of record who have registered for CM/ECF updates.

/s/ *Andrew B. Ryan*
Andrew B. Ryan