UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| RUMBLE, INC.; RUMBLE USA, INC; and RUMBLE CANADA, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 7:24-CV-0115-B |
| WORLD FEDERATION OF ADVERTISERS; DIAGEO PLC; WPP PLC; and GROUPM WORLDWIDE INC., | § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On August 13, 2025, this Court **GRANTED** Defendants World Federation of Advertisers ("WFA"), Diageo PLC ("Diageo"), WPP PLC ("WPP"), and GroupM Worldwide, Inc. ("GroupM") (collectively, "Defendants")'s Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim (Doc. 55) and **DISMISSED WITHOUT PREJUDICE** all of Plaintiffs Rumble, Inc., Rumble USA, Inc., Rumble Canada, Inc. (collectively, "Rumble")'s claims against Defendants for lack of personal jurisdiction and improper venue. Doc. 69, Mem. Op. & Order. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Rumble takes nothing. This is a **FINAL ORDER AND JUDGMENT** that disposes of all parties and all remaining claims and controversies in the above-captioned case.

SO ORDERED.

SIGNED: August 13, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE